

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jason Weis.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Ill Department of
Corrections /
East Moline CC.

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

14cv3154
Judge Gettleman
Mag. Judge Valdez

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**RECEIVED**

APR 3 0 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: Jason Wells.

    B.    List all aliases: _____

    C.    Prisoner identification number: B58624

    D.    Place of present confinement: _____

    E.    Address: 7538 S. Union

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Illinois Department of Correction (East Moline, CC.

             Title: _____

             Place of Employment: _____

    B.    Defendant: _____

             Title: _____

             Place of Employment: _____

    C.    Defendant: _____

             Title: _____

             Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was given time credited from Judge Linehan on 9/16/11 and 11/16/09. The ~~[scribbled out]~~ the drug case I was given 2yrs and was credited 255 days. The 2011 case I was credited for 255 days, in which I did not receive the credit for the "09" case which was 97 days that they took back from me. I was told that they don't have to listen to what the Judge said, nor his order of Commitment and Sentencing. I was miss treated, Threatned to get put in Seg if I complained again. This was told to me by the internal affairs, and staff (K. Johnson) of East Moline. (Carl E. Edwards) Case. Case Counciler (A. Celudia) record office case worker (Erno) and Warden (Todd Van Wolvlaere).

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reimburse me for time being served.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  30  day of  April , 20 14

_____
(Signature of plaintiff or plaintiffs)

JASON WELLS
(Print name)

B58624
(I.D. Number)

75385 Union
(Address)

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.   Name of case and docket number: _____

   B.   Approximate date of filing lawsuit: __4/30/14__

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.   List all defendants: __Illinois Department of Correction, East Moline CC.__

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __Cook__

   F.   Name of judge to whom case was assigned: __Judge Linehan-Neil__

   G.   Basic claim made: __10/3/13__

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**